# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144638

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                          SC: 144638
                                          COA: 301327
BOBBY RAY WILDER,                        Wayne CC: 10-006616-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

                                        Clerk